

**DISTRICT COURT**
**NORTHERN DISTRICT OF** ~~[redacted]~~

Do not Apply Heobus Corpus

Micah Anderson



(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Walt Disney Inc
In Deleware

(Enter above the full name of ALL defendants in this action. <u>Do not use "et al."</u>)

Case: 1:22-cv-03770
Assigned To : Unassigned
Assign. Date : 12/16/2022
Description: Pro Se Gen. Civ. (F-DECK)

~~Case No:~~ _____
(To be supplied by the Clerk of this Court)



RECEIVED
Mail Room

DEC 16 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**CHECK ONE ONLY:**

_____  ~~COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code~~ (state, county, or municipal defendants)

__M.A.__  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants).

_____  **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Do not copyright — Do not Arrangement*

I. **Plaintiff(s):**

A. Name: Micah Anderson

B. List all aliases:

C. ~~Prisoner~~ identification number: 2022082-5017

D. Place of present confinement:

E. Address: 2600 S California, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: ~~scribbled~~ Walt Disney *President*
   Title: ~~scribbled~~ INC Delaware President
   Place of Employment: ~~scribbled~~ 500 Buena Vista, Burbank, CA, 91521

B. Defendant: ~~scribbled~~
   Title: ~~scribbled~~
   Place of Employment: ~~scribbled~~

C. Defendant: ~~scribbled~~
   Title: ~~scribbled~~
   Place of Employment: ~~scribbled~~

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Copy RIGHTS MADE By Micah Anderson*

## PROFILE INFORMATION FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

**PLEASE PRINT**

1. Name: __Micah__ _____ __Anderson__
   (First)            (Middle)         (Last)

   ~~List Alias Names, if any~~: ALIAS unknown HeaBus Corpus INSTITUTION

2. ~~Any Current/Prior Prison ID Number(s)~~: UNKNOWN HeaBus Corpus INSTITUTION

   ~~Name of Prison(s)~~: UNKNOWN HeaBus Corpus INSTITUTION

3. Jail ID Number(s): Booking Associate 2022092507
   Name of Jail(s): Cook County Department of Corrections

4. Date of Birth: 11-22-90

5. Home Address (Do not use P.O. Box) (Not Institution address):
   Street Name and Number: 2600 S California
   City, State and Zip Code: Chicago, IL 60608

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Micah Anderson | **COURT CASE NUMBER** |
| **DEFENDANT** ~~[struck through]~~ Walt Disney inc | **TYPE OF PROCESS** |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
~~[struck through]~~ WALT DISNEY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
500 S Buena Vista Burbank, CA, 91521

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Micah Anderson
ID# 202208250017
2600 California
Chicago, IL, 60608

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER

DATE: 11-31-22

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

STATEMENT OF CLAIM

AFFIDAVIT

1B) THE FINANCIAL INSTRUMENT FOR MY MANUFACTURER. The ISSUE AND THE Reporting THAN 'Holding posse' OF MY MANUFACTURES BODY MODEL Auto Book of MY INTERIGITY DATA AND MY MARKET BOOKS FOR MY public AND MY private SECTOR ARTS AND PLAT BOOKS of MY heredity TRANSMISSION AND MY DATA Enterigity Computerize Circuits INVESTMENTS of Registered in Security Exchange Id 232174d10K HTM And MY MANUFACTURE ART BOOKS OF MY SECTOR INTERIGITY DATA Boarded IN Commission NUMBER 1-11605 exempt Relief for I, Micah Anderson

2B) The OFFice Management Have NOT Relief Me of MY Investments The Manufacture OF MY ART AND PLAT TEMPLATES Held with WALT disney 500 S BUENA VISTA BURBANK, CA, 91521 AND MY CASETEXT AND BRANCH Clearing House Investments.

3B) The office Management hold MY INVESTMENTS Incorporated IN Delaware AT Security Exchange Commission Located Washington, DC, 20549

STATEMENT OF CLAIM

## AFFIDAVIT

4C) The Reporters And Issues Have NOT provided Me with My Data Interigity Archivals And Clearing house Information Data Tracking Archivals And Clearing house Information To pick up My Tax Exempt And My Bony Models Secoor Market Books AND IM Writing A Statement of Claim To pick up My Investments And My Manufacures Data And My Market Books And Case Text.

STATEMENT OF CLAIM
AFFIDAVIT

RECEIVED Mail Room DEC 16 2022 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

4B)
I DONT have my MASTER FILE DATA BASE My FINANCIALS AND My Manuel Auto MANUELS Body MODELS MANUFACTURES FROM The Mechanical INSTITUTION TECHNICHICIANS ~~pros~~ Interface

5B)
All OF My PRIVATE AND Public SECTORS MARKET BOOKS AND ISSUES The Company have My Assessor, Accessibilities OF My Auto Books ART Auto BOOKS OF My ANIMATIONS AND My BODY MODELS

6B)
The INCORPORATION WAS A AUTOMATED Registration For My Auto MANULES AND My BODY SENSOR Receptors AND My Visual IMPAIRMENT 3-DEMENSIONAL FOR RESTORE OF My MEMORY AND My ART Auto Books FOR Public AND PRIVATE SECTOR Register My INVESTMENT With Security Exchange Commission

## STATEMENT OF CLAIM

### AFFIDAVIT

7B) I DONT HAVE MY ART EXHIBITS AND XHIBITS OF MY ARTWORK CREATED, FLOPPY DISK, DATA AND MY INDEXES, CATALOGS, TEXTS and documents, new files FROM The physicians IN ART HISTORY

8B) Due TO not Being PROVIDED WITH The Therapudic Communications OF The Auto Registrations OF The physiological psychologists Biological FUNCTION MANUFACTURES AND Neurological FUNCTIONS MANUFACTURES OF Body It's Been DUE process of Me HAVING MY CHARACTER Esserics AND MY INVESTMENTS AND MANUELS.

9B) I HAVE WAIATS A DATA INTEGRITY AND The Company HAVE MY ART AUTO ANIMATIONS AND BODY MODELS OF MY HEREDITY TRANSMISSION THAT AUTO ANIMATION FOR ORGANIC MY INFRASTRUCTURE INTEGRET CIRCUITS. MANUFACTURINGS

10B) I DONT have MY SECTOR Clearing houses INFORMATION OR The OFFICE OF BUDGET MANAGEMENT FOR The Reporting MY DATA INTEGRITY BOARD

STATEMENT OF CLAIM

## AFFIDAVIT

11 B)

Deliberate Indifference and Discrimination in the Work Force Workplace located in Facility 8 Unit 4G From 08/31/2022 - 11-19-22 with Accessories and not providing Me with The Access to My Markets Books in Sector.

12 B)

I was not provided My Tax Reciepents The Registrations For My Auto Manuels And Auto Body Models Of The Security Exchange. I Need to get My Investments From I.R.S And to get My Financials And Manufactures Auto Books From The Company.

13 B)

I was not yet Provided My Neuro Projetors Or My Computerized Avail Tomograph Of My Heredity Transmission Essicmicols Charaterisics Automated Manules X-Rays Or My Occupationist And My Mechanical Institution Technichieans Manufactures

STATEMENT OF CLAIM

AFFIDAVIT

14B)
The Bona Fide Holder of My Investments Holding My Securities form 10-K Id 232174d10K HTM Commission Number 1-11605 exempt Relief I Micah Anderson

15B)
My Investments are Being held with The Office Managment Managers of The Deleware Incorporated Security Exchange Commission Located Washington DC, 20549   The Walt Disney Address of My Office Manager And Management of My Investments 500 S Buena Vista Burbank, CA, 91521

16 B)
I DON'T HAVE MY INVITRO PRODUCTION VIA MAIL AND MY INVITRO PRODUCTS OF MY BODY MODEL TRANSPORTATION MANUELS

17 B)
I WAS NOT PROVIDED THE DATA INTEGRITY BOARD AGENCY INVITRO COMPREHENSIVE MANUFACTURING MY MENTAL AND MY PHYSICS SECTOR AUTO BOOKS AND NOT PROVIDED MY INVESTMENTS FROM THE OFFICE OF BUDGET MANAGEMENT REPORTING AND HOLDING MY FINACE MANAGER AUTO BOOKS DUE TO NOT BEING PROVIDED WITH THE SERVICES AND MY PROPERTY INVITRO OF MY I HAVEN'T BEEN ABLE TO GET ACCESS TO MY CLEARING HOUSES FROM DISCRIMINATION IN THE WORK FORCE AND THE WORK SPACE NOT PROVIDING ME WITH MY FACILITY AND HOSPITAL OF MY SECTOR PROPERTY

18 B)
THE CAPITAL FOR THE CASE TEXT AND MY COURT REPORTERS WERE NOT PROVIDED TO ME IN THE MAGISTRATED COURT APPOINTMENT COUNSEL OF MY TECHNOLOGY MAIL SERVICES DATA INTEGRITY BOARD WITH THE SECRETARY'S

DO NOT MAG JUDMEL MAGISTRATELY
DO NOT APPLICANT
Copyrights By: MICAH ANDERSON

V. **Relief:**

TREASURY NOTES, My TREASURY BOND, BILLS, LANDTITLES, My DEEDS,

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. CH DICTIONARY TEMPLATES. ESSENTIAL MANUFACTURES SCRIPTS

Get My INVEST ➔
CH MANUSCRIPTS AND My ~~Phont~~ MANUFACTURER PhonEX
BODY MANULES TEMPLATES, MENTAL MANUFACTURER
TRA — My CORE INTEL TEMPLATES, BIO PHARMICUTICLE PRODUCTS
TO PICK UP My LAN TITLES — MANULES, BLUEPRINT CARBON Construction
pperbst. PhySiological PsychologistS Biological And Neurological
~~our~~ PhotoReceptors My BREAKER TO Pick up My
NOTARY'S AND My T-NOTES, AND My MASTER FILE MANUFACTURE HEAN

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

AND pick up My
FINANCE AND ASSETS

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __11__ day of __3 / __, 20 __22__

_____
(Signature of plaintiff or plaintiffs)

Micah Anderson
(Print name)

ID#: 20226825017
(I.D. Number)

2600 California
Chicago, IL 60608
(Address)

6      Revised 9/2007